IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENCORE FINANCE (BERMUDA) LTD., <br><br> Plaintiff, <br><br> v. <br><br> PLURINATIONAL STATE OF BOLIVIA, <br><br> Defendants. <br><br> IAREPORTER, LLC, <br><br> Proposed Intervenor. | Case No. 23-cv-03031-CRC |

## MOTION TO INTERVENE AND UNSEAL

Pursuant to Rule 24(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(j), proposed intervenor IAReporter, LLC, by and through its undersigned counsel, hereby moves to intervene in this matter for the limited purpose of seeking access, under the First Amendment and common law, to the arbitration award that Petitioner Glencore Finance (Bermuda) Ltd., seeks to enforce and has been filed under seal (ECF No. 1-2). In support of this motion, IAReporter relies on the accompanying Memorandum of Points and Authorities. As demonstrated in that Memorandum, the IAReporter's limited intervention in this matter is proper, and the Court should release the judicial record under both the First Amendment and common law rights of access.

Dated: October 23, 2023                    Respectfully submitted,

                                                                   BALLARD SPAHR LLP

                                                                   */s/ Lauren P. Russell*
                                                                   Chad R. Bowman (#484150)
                                                                   Lauren P. Russell (#1697195)
                                                                   1909 K Street, NW, 12th Floor
                                                                   Washington, DC 20006
                                                                   Tel: (202) 661-2200
                                                                   Fax: (202) 661-2299
                                                                   bowmanchad@ballardspahr.com
                                                                   russelll@ballardspahr.com

                                                                   *Counsel for IAReporter, LLC*