IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENCORE FINANCE (BERMUDA) LTD., <br><br> Plaintiff, <br><br> v. <br><br> PLURINATIONAL STATE OF BOLIVIA, <br><br> Defendants. <br><br> IAREPORTER, LLC, <br><br> Proposed Intervenor. | Case No. 23-cv-03031-CRC |

### NOTICE OF WITHDRAWAL OF IAREPORTER, LLC'S MOTION TO INTERVENE AND UNSEAL

IAReporter, LLC respectfully submits this notice withdrawing its Motion to Intervene and Unseal, ECF No. 8. On November 17, 2023, Plaintiff Glencore (Bermuda) Ltd. publicly docketed the arbitration award that IAReporter sought to unseal, *see* ECF 14-1, thereby mooting the motion. There is no need for further briefing or adjudication of this Motion.

Dated:  November 22, 2023

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Lauren P. Russell*
Chad R. Bowman (#484150)
Lauren P. Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Counsel for IAReporter, LLC*

1