## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENCORE FINANCE (BERMUDA) LTD., <br><br> Petitioner, <br><br> v. <br><br> THE PLURINATIONAL STATE OF BOLIVIA, <br><br> Respondent. | Civil Action No. 23-cv-03031-CRC |

## <u>DECLARATION OF THOMAS W. WALSH</u>

I, Thomas W. Walsh, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner with the law firm Freshfields US LLP.  I am counsel for Petitioner Glencore Finance (Bermuda) Ltd. ("Glencore" or "Petitioner") in the above-captioned matter.

2.      I make this declaration based on my personal knowledge and could and would testify competently thereto.

3.      Section 1608(a) of the Foreign Sovereign Immunities Act provides four methods of service on a foreign sovereign, in descending order of preference.  28 U.S.C. § 1608(a).  The first method of service allows for delivery "in accordance with any special arrangement for service between the plaintiff and the foreign state . . . ."  28 U.S.C. § 1608(a)(1).  On information and belief, no special arrangement for service exists between Glencore and the Respondent, the Plurinational State of Bolivia ("Bolivia").

4.      The next prescribed method of service is "in accordance with an applicable international convention on service of judicial documents."  28 U.S.C. § 1608(a)(2).

5.    Attached as Exhibit A is the Inter-American Convention on Letters Rogatory, Jan. 30, 1975, O.A.S.T.S. No. 43 and the Additional Protocol to the Inter-American Convention on Letters Rogatory, May 8, 1979, O.A.S.T.S. No. 56 (together, the "IACAP").

6.    Attached hereto as Exhibit B is a true and correct copy of a webpage from the official Organization of American States which shows the signatories to the Inter-American Convention on Letters Rogatory, last accessed on or about April 19, 2025.  The table of signatories shows that Bolivia and the United States are both Contracting Parties to the Inter-American Convention on Letters Rogatory.

7.    Attached hereto as Exhibit C is a true and correct copy of a webpage from the official Organization of American States which shows the signatories to the Additional Protocol to the Inter-American Convention on Letters Rogatory, last accessed on or about April 19, 2025. The table of signatories shows that Bolivia and the United States are both Contracting Parties to the Additional Protocol to the Inter-American Convention on Letters Rogatory.

8.    Attached hereto as Exhibit D is the letter dated February 3, 2021 from the Permanent Representative of Bolivia to the Organization of American States identifying Bolivia's designated Central Authority for the IACAP as the Bolivian Ministry of Foreign Affairs, which I downloaded from the following URL on or about April 19, 2025: http://www.oas.org/es/sla/ddi/docs/tratados_multilaterales_designacion_autoridad_central_Estado_Plurinacional_de_Bolivia%20_2-3-2021.pdf.  According to the letter, the designated Central Authority for Bolivia is the Ministry of Foreign Affairs:

Ministerio de Relaciones Exteriores

Dirección General de Asuntos Jurídicos

Plaza Murillo: Calle Junín Esquina Ingavi

La Paz, Bolivia

2

9.      The letter also specifies that the person to contact at Ministry of Foreign Affairs is Ms. Claudia Ximena Barrionuevo Romero and provides her email addresses.

10.      Attached hereto as Exhibit E is a true and correct copy of the Clerk's Office Procedures for Service of Process on a Foreign Defendant for the U.S. District Court for the District of Columbia, which I downloaded from the following URL on or about April 19, 2025: https://www.dcd.uscourts.gov/sites/dcd/files/AttyManualForeignMlg2024.pdf.

11.      On November 30, 2023, Glencore moved this Court for the issuance of a letter rogatory under the IACAP in order to serve process on Bolivia.  The Court issued a letter rogatory on December 8, 2023, *see* Letters Rogatory, Dec. 8, 2023, ECF No. 20.

12.      I coordinated with our staff in Washington, D.C. to send the materials required for service of process under the IACAP to ABC Legal Services, the contractor designated by the U.S. Central Authority under the IACAP for effecting service of letters rogatory.  The materials included: (i) the Letters Rogatory issued by the Court; (ii) the summons issued by the Court; (iii) the First Amended Petition to Recognize and Enforce a Foreign Arbitral Award; (iv) the Declaration of Thomas W. Walsh and its exhibits; (v) the Unredacted Corrected Award in *Glencore Finance (Bermuda) Ltd. v. The Plurinational State of Bolivia* (PCA Case No. 2016-39); (vi) the Proposed Order; (vii) the Civil Cover Sheet as corrected on November 21, 2023; (viii) the Request for Summons; (ix) a Certificate under Rule LCvR 26.1; (x) the Notice of Right to Consent to Trial Before a United States Magistrate Judge; and (xi) Spanish translations of the materials above.  The service package included these materials in triplicate, as required by the IACAP.

13.      On January 30, 2024, ABC Legal Services dispatched via DHL the requisite documents to Bolivia.  Attached hereto as Exhibit F is a true and correct copy of the DHL Shipment

3

Receipt from ABC Legal Services to the address of the Bolivian Central Authority, which shows the tracking number (Waybill No.) is 8616050435.

14.     DHL delivered the package on February 2, 2024.  Attached hereto as Exhibit G is a true and correct copy of the DHL Proof of Delivery for Waybill No. 8616050435, which confirms that the service package was received and signed for by the Bolivian Central Authority.

15.     Subsequently, on February 6, 2024, April 4, 2024, and July 15, 2024, I sent three letters to Ms. Barrionuevo Romero at the Bolivian Ministry of Foreign Affairs via email, requesting that Bolivia confirm that it has initiated service of process in accordance with the IACAP.

16.     Attached hereto as Exhibit H is a true and correct copy of the emails I sent on behalf of Glencore to the Bolivian Ministry of Foreign Affairs.

17.     Attached hereto as Exhibit I are the true and correct copies of the letters dated February 6, 2024, April 4, 2024, and July 15, 2024, which were attached to the emails in Exhibit H.

18.     It has now been over a year since Bolivia's Ministry of Foreign Affairs received and signed for the service package.  Glencore has not received a response to the service package or responses to any of the above letters to the Bolivian Ministry of Foreign Affairs.  *See* ¶¶ 15-17.  As such, Glencore now seeks to serve Bolivia under the next method of service under the FSIA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2025,
  in New York, New York

/s/ Thomas W. Walsh
Thomas W. Walsh

FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorney for Petitioner*