# Exhibit K

**FedEx**

May 07, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880765950027

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | V.UNICA | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | LA PAZ, |
| | | Delivery date: | May 6, 2025 16:16 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 880765950027 | Ship Date: | Apr 25, 2025 |
| | | Weight: | 14.2 LB/6.45 KG |

Recipient:

LA PAZ, BO,

Shipper:

WASHINGTON, DC, US,

Reference                    107427-0033

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx