UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENCORE FINANCE (BERMUDA) LTD., <br><br> Petitioner, <br><br> v. <br><br> THE PLURINATIONAL STATE OF BOLIVIA, <br><br> Respondent. | Civil Action No. 23-cv-03031-CRC |

**JOINT STATUS REPORT**

Pursuant to the Court's January 9, 2026 Opinion and Order, ECF No. 41, Glencore Finance (Bermuda) Ltd. ("Glencore") and the Plurinational State of Bolivia ("Bolivia") submit a proposed Order containing a briefing schedule for Bolivia's Opposition on the Merits to Glencore's First Amended Petition to Recognize and Enforce a Foreign Arbitral Award, ECF No. 14. The Parties jointly propose the following schedule:

- Bolivia's Opposition on the Merits shall be filed by **March 6, 2026**.

- Glencore's Reply to Bolivia's Opposition on the Merits shall be filed by **April 20, 2026**.

The Parties respectfully request that the Court grant the proposed Order.

Dated: New York, New York
January 30, 2026

Respectfully submitted,

 /s/ John M. Conlon                                         /s/ Elliot Friedman

John M. Conlon, admitted *pro hac vice*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
JConlon@mayerbrown.com

*Attorney for Respondent*

Elliot Friedman, D.C. Bar No. NY0106
elliot.friedman@freshfields.com
Thomas W. Walsh, admitted *pro hac vice*
thomas.Walsh@freshfields.com
Ruth Montiel, admitted *pro hac vice*
ruth.montiel@freshfields.com
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Petitioner*